DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RISHI RAMDIAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1673

[September 15, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit; Palm Beach County, Scott Suskauer Judge; L.T. Case Nos. 502018CF005901 and 502018CF007692.

Rishi Ramdial, Madison, pro se.

No appearance filed for appellee.

PER CURIAM

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***